IAN JOHNSON, Appellant, *v.* CERRETTA DIETRICH, INC., Respondent.

Argued October 25, 1938; decided November 29, 1938.

*Oliver K. King* for appellant.

*F. A. W. Ireland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.